IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MARY GARDNER, §
 §
 Plaintiff, §
 §
VS. § NO. 4:10-CV-226-A
 §
MICHAEL J. ASTRUE, §
COMMISSIONER OF SOCIAL §
SECURITY, §
 §
 Defendant. §

ORDER

On April 19, 2011, United States Magistrate Judge Jeffrey Cureton issued his proposed findings, conclusions, and recommendation in the above-captioned action. His recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security, that plaintiff, Mary Gardner, is "entitled to a closed period of disability commencing December 09, 2004 and ceasing January 15, 2006 and to commensurate disability insurance benefits,"[1] be affirmed. Neither party filed objections. After a thorough study of the Magistrate Judge's proposed findings and conclusions, the entire record, and applicable legal authorities, the court has decided to adopt the

---

[1] The quoted language is from the decision of the administrative law judg, Tr. at 34, which became the final decision of the Commissioner, id. at 10.

Magistrate Judge's findings and conclusions and to accept his recommendation. Therefore,

The court ORDERS that the decision of the Commissioner be, and is hereby, affirmed.

SIGNED June 7, 2011.

_____
JOHN McBRYDE
United States District Judge